UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __22-mj-03380 Goodman__

UNITED STATES OF AMERICA

vs.

CLIFFORD ALLEN MEADOWS,

    **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     **No**

               Respectfully submitted,
               JUAN ANTONIO GONZALEZ
               UNITED STATES ATTORNEY

BY:   /s/Jonathan Bailyn
        JONATHAN BAILYN
        Assistant United States Attorney
        Court ID No. A5502602
        99 Northeast Fourth Street, 6th Floor
        Miami, Florida 33132-2111
        Phone: (305) 961-9071
        jonathan.bailyn@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-mj-03380 Goodman |
| CLIFFORD ALLEN MEADOWS, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 15, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) | Encouraging or Inducing an Alien to Enter the United States |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Genesis Eusebio, Special Agent, HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: 08/16/2022

_____
Judge's signature

City and state:   Miami, Florida        Hon. Jonathan Goodman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Genesis Eusebio, being duly sworn, do depose and say:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), in Miami, Florida, and have been so employed since March 2019. I am currently assigned to the Human Smuggling Group, where I am responsible for conducting investigations of immigration law and related federal criminal statutes as contained in the United States Code. Prior to my employment with HSI, I was employed with U.S. Customs and Border Protection ("CBP") from May 2016 through March 2019. I have completed the Criminal Investigator Training Program, HSI Special Agent Training Program, and the CBP Officer Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. This training included investigative techniques and the application and execution of search, arrest, and seizure warrants for violations of federal laws, including violations of the Immigration and Nationality Act.

2. The statements contained in this Affidavit are based upon my own personal knowledge gathered during my participation in this investigation as well as information I have received from other State and Federal law enforcement officers and agents. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or other law enforcement officers or agents involved in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3. I submit this Affidavit in support of a criminal complaint against Clifford Allen Meadows ("MEADOWS"), because there is probable cause to believe that MEADOWS did encourage and induce aliens to come to, enter, and reside in the United States, knowing and in

reckless disregard of the fact that such coming to, entry, and residence is and will be a violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

## PROBABLE CAUSE

4. On or about August 15, 2022, Aventura Police Department officers and HSI SAs were on patrol when they discovered a vessel approximately four nautical miles from Haulover Inlet, in Miami, Florida (the "SUSPECT VESSEL"). The SUSPECT VESSEL was a 31' Contender. The Aventura PD officers and HSI SAs requested assistance from agents with U.S. Border Patrol who were patrolling in a vessel nearby.

5. Law enforcement approached the SUSPECT VESSEL, stopped it, and searched it. The operator of the SUSPECT VESSEL was identified as MEADOWS. There were eight other people on board, one of whom was a minor. Each of the passengers were identified as foreign nationals: six were from the United Kingdom and two were from Ireland.

6. During the search of the SUSPECT VESSEL, law enforcement found a loaded Glock semi-automatic firearm and a bundle of U.S. currency, both of which were concealed inside a backpack within arms' reach of MEADOWS.



7.      Law enforcement interviewed the seven adult passengers. Each passenger said that they met with MEADOWS that morning in Bimini, the Bahamas, and paid him $4,000 USD to board the SUSPECT VESSEL and be transported to the United States. The GPS system in the SUSPECT VESSEL showed multiple trips between Bimini, the Bahamas and Miami, Florida.

8.      Law enforcement transferred MEADOWS to the Dania Beach Border Patrol Station and transferred the eight passengers to a U.S. Coast Guard cutter for biometric checks. The

results of these checks confirmed that none of the passengers had visas or were otherwise authorized to enter the United States.

## CONCLUSION

9. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that MEADOWS did encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be a violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
GENESIS EUSEBIO, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements
of Fed. R. Crim. P. 4.1 by FaceTime this 16th day of August 2022.

_____
HON. JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

4